**NOTıDESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**

**COURT OF APPEAL, THIRD CIRCUIT**

**04-900**


**STATE OF LOUISIANA**

**VERSUS**

**EARL ST. JULIEN**


**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 99-1218
HONORABLE GERARD B. WATTIGNY, DISTRICT JUDGE
**\*\*\*\*\*\*\*\*\*\***

**GLENN B. GREMILLION**
**JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Glenn B. Gremillion,
Judges.

                                                        **AFFIRMED.**

**Hon. J. Phillip Haney**
**District Attorney**
**300 Iberia Street, Suite 200**
**New Iberia, LA 70560**
**(337) 369-4420**
**Counsel for Plaintiff/Appellee**
         **State of Louisiana**

**Walter James Senette  Jr.**
**Assistant District Attorney**
**P. O. Box 1008**
**Franklin, LA 70538**
**(337) 828-4100, Ext. 550**
**Counsel for Plaintiff/Appellee**
          **State of Louisiana**

**Kenota Pulliam Johnson**
**Louisiana Appellate Project**
**P. O. Box 5781**
**Shreveport, LA 71135-5781**
**(318) 524-1024**
**Counsel for Defendant/Appellant**
          **Earl St. Julien**

**Earl St. Julien**
**In Proper Person**
**Iberia Parish Prison**
**3618 Broken Arrow Rd.**
**New Iberia, LA 70560**